IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIRECT IMAGING SYSTEMS, INC.         /
    A Florida Corporation         /
                        /     Case No. 8:14-cv-3057-CEH-MAP

    Plaintiff,         /
                        /

v.         /
                        /

HIRSCH INTERNATIONAL CORP.,         /
                        /

and         /
                        /

GRAPHIC ARTS ACQUISITION CORP.   /
                        /

    Defendant.         /
_____/

**AMENDED NOTICE OF MEDIATION**
(Amended as to time only)

    PLEASE TAKE NOTICE that Mediation has been scheduled in the above matter as

follows:

        **DATE:**            **Monday, November 2, 2015**

        **TIME:**            **10:00 a.m.**

        **PLACE:**          GrayRobinson, P.A.
                                 301 East Pine Street, Suite 1400
                                 Orlando, Florida 32801

        **MEDIATOR:**      Jay M. Cohen

Dated: October 29, 2015

                                    */s/ Michael J. Colitz, III*
                                    Michael J. Colitz, III
                                    Florida Bar No. 164348
                                    GrayRobinson P.A
                                    401 East Jackson Street, Suite 2700
                                    Post Office Box 3324
                                    Tampa, FL 33602

(813) 273-5000
(813) 273-5145 (facsimile)
michael.colitz@gray-robinson.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on <u>October 29, 2015</u> I filed the foregoing with the Court's CM/ECF system which will send a Notice of Electronic Filing to all counsel of Record.

*/s/ Michael J. Colitz, III*
Michael J. Colitz, III

cc:    Jay M. Cohen

\54101255\10 - # 6188281 v1