IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DIRECT IMAGING SYSTEMS, INC. <br> A Florida Corporation <br><br> Plaintiff, <br><br> v. <br><br> HIRSCH INTERNATIONAL CORP., <br><br> and <br><br> GRAPHIC ARTS ACQUISITION CORP. <br><br><br> Defendant. | Case No. 8:14-cv-3057-CEH-MAP |

**NOTICE OF SETTLEMENT AND REQUEST FOR ADMINISTRATIVE
CLOSURE FOR 60 DAYS PURSUANT TO L.R. 3.08(b)**

The parties have reached a tentative settlement and pursuant to Local Rule 3.08(b) request the Court to administratively close this case for 60 days while the parties finalize the settlement.

Dated: November 3, 2015         Respectfully submitted,


  /s/ Michael J. Colitz, III
  Michael J. Colitz, III
  Florida Bar No. 164348
  GrayRobinson P.A
  401 East Jackson Street, Suite 2700
  Post Office Box 3324
  Tampa, FL 33602
  (813) 273-5000
  (813) 273-5145 (facsimile)
  michael.colitz@gray-robinson.com
  *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on <u>November 3, 2015</u> I filed the foregoing with the Court's CM/ECF system which will send a Notice of Electronic Filing to all counsel of Record.

> */s/ Michael J. Colitz, III*
> Michael J. Colitz, III

cc:   Jay M. Cohen

\54101255\10 - # 6195422 v1